Certificate Number: 17082-MIE-DE-029692950

Bankruptcy Case Number: 17-51167


17082-MIE-DE-029692950

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on <u>August 7, 2017</u>, at <u>10:06</u> o'clock <u>AM MST</u>, <u>KENYA T TEATE</u> completed a course on personal financial management given <u>by internet</u> by <u>Summit Financial Education, Inc.</u>, a provider approved pursuant to 11 U.S.C. § 111 to provide an instructional course concerning personal financial management in the <u>Eastern District of Michigan</u>.

Date:   <u>August 7, 2017</u>         By:     <u>/s/Orsolya K Lazar</u>

                                    Name:   <u>Orsolya K Lazar</u>

                                    Title:  <u>Executive Director</u>